———————o———————

### 5233.

(Court of Appeal, Parish of Orleans.)

## JACK DANIEL vs. BUSH HOTEL COMPANY.

1. A clerical error in the title of a citation is immaterial when the proper defendant is served and his identity is apparent.
2. The other issues involved are of fact only and are resolved in favor of the plaintiff.

Appeal from the Civil District Court, Division "A."

Thilborger & Duffy, for plaintiff and appellee.

A. B. Leopold, for defendant and appellant.

DUFOUR, J.—This is a suit for a balance due for goods sold and delivered by the plaintiff to Rufus Bush, proprietor of the Bush Hotel Company.

The appellant urges that he was not cited according to law because the caption of the citation makes the Hotel Bush Company the party defendant, while the citation itself is addressed to Rufus Bush.

There is no merit in the contention.

The petition recites that the goods were sold and delivered to Rufus Bush, proprietor of the Bush Hotel Co., he is sued as debtor and the prayer is for judgment

against Rufus Bush. A mere error in the title is insigni-- ficant where the identity of the party is apparent.

**10 R. 26.**

Appellant also complains that there is no proof that Jack Daniel is proprietor of the "Old Time Distillery" and that a certain charge of interest in the account is improper.

All these objections are answered by the fact that, according to the uncontradicted testimony in the record, the account sued on was duly presented to and acknowledged by Bush who paid $35, on account and promised to pay the balance in weekly installments of $50.

Judgment affirmed.

March 20, 1911.

Rehearing refused, April 3, 1911.

Writ denied by Supreme Court, April 25, 1911.